IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | No. 4:06CR476 SNLJ |
| | ) | |
| vs. | ) | |
| | ) | |
| LEOBARDO BARRAZA, | ) | |
| | ) | |
| Defendant | ) | |

_____

| | | |
|---|---|---|
| LEOBARDO BARRAZA, | ) | |
| | ) | |
| Movant, | ) | No. 4:13CV01194 SNLJ |
| | ) | |
| vs. | ) | |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |

## JOINT STATUS REPORT

Comes now defendant Leobardo Barraza, through his counsel, Kevin C. Curran and Bevy Beimdiek, Assistant Federal Public Defenders, and Dean Hoag, Assistant United States Attorney and pursuant to this Court's order dated September 21, 2016, hereby files this joint status report.

1. The parties have discussed the issue of resentencing in this matter and at this time have determined that a contested sentencing hearing will be necessary.

2.  The parties ask that the sentencing hearing in this matter be set not earlier than January 2017, as both parties need to arrange for the testimony of witnesses who do not live in the state of Missouri.

3.  Counsel for Mr. Barraza agrees to inform this Court when they would like Mr. Barraza to be transported from USP Lee to the Eastern District of Missouri so that he can assist in the preparation of his sentencing hearing.

WHEREFORE, Defendant and the Government respectfully request this Court set a sentencing hearing not earlier than January 2017.

Respectfully submitted:

/s/*Kevin C. Curran*
Kevin C. Curran
Federal Public Defender
Attorney for Movant Leobardo Barraza
1010 Market, Suite 200
Saint Louis, Missouri 63101
(314) 241-1255
Fax: (314) 421-3177
E-mail: Kevin_Curran@fd.org

/s/*Bevy Beimdiek*
Bevy Beimdiek
Federal Public Defender
Attorney for Movant Leobardo Barraza
1010 Market, Suite 200
Saint Louis, Missouri 63101
(314) 241-1255
Fax: (314) 421-3177
E-mail: Bevy_Beimdiek@fd.org

**CERTIFICATE OF SERVICE**

I hereby certify that on September 28, 2016, the foregoing was filed electronically

2

with the Clerk of the Court to be served by operation of the Court's electronic filing system upon Dean Hoag, Assistant United States Attorney, and a copy was mailed to the Movant Leobardo Barraza.

/s/ Bevy A. Beimdiek
Bevy A. Beimdiek
Assistant Federal Public Defender